UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Michael Purcaro
   *Plaintiff*,
v.

Eli Lilly and Company and Lilly USA, LLC,
   *Defendants*.

Docket No. 18-cv-1184 (JBA)

**RULING ON DEFENDANTS' MOTION TO COMPEL [DOC. # 37]**

Defendants' Motion to Compel Plaintiff to serve Initial Disclosures [Doc. # 39] is granted. Plaintiff's Notice of Compliance [Doc. # 42] makes no mention of any service of Initial Disclosures which Defendants represent were due August 30, 2018. Plaintiff offers no explanation for his non-compliance.

Plaintiff is ordered to serve on Defendants the initial disclosures required under Fed. R. Civ. P. 26(a)(1)(A) no later than March 29, 2019.

Defendants' Motion to Compel response to Defendants' First Set of Requests for Production and Interrogatories served October 29, 2018 is also granted. Plaintiff's responses or objections were due December 2, 2018. On March 7, 2019, Plaintiff filed his "Notice of Compliance & Disclosure" representing that he has answered Defendants' discovery "subject to objections." Any objections were required to be interposed by December 3, 2018, absent extension and are thus untimely.

Accordingly, Plaintiff must respond to all the interrogatories and requests for documents fully and without objection. Such compliance must be served by March 29,

2019.    If Plaintiff fails to comply with either or both parts of this Order (initial disclosures and discovery responses), he risks dismissal of his case or preclusion of evidence which should have been contained in these compelled disclosures.

If Plaintiff fully complies, no sanctions or attorney fees will be ordered.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 18th day of March 2019.